THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Thomas Edward Brown,       
Appellant.
 
 
 

Appeal From Richland County
Alexander S. Macaulay, Circuit Court 
 Judge

Unpublished Opinion No. 2005-UP-096
Submitted February 1, 2005  Filed February 
 9, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate 
 Defense, of Columbia,  for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 Office of the Attorney General, of Columbia;  and Solicitor Warren Blair Giese, 
 all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Thomas Edward Brown was indicted 
 for and convicted of assault and battery with intent to kill.  The trial court 
 sentenced him to fifteen years imprisonment.  Browns counsel attached to the 
 final brief a petition to be relieved as counsel stating she had reviewed the 
 record and concluded the appeal lacked merit.  Brown did file a pro se 
 response.  We dismiss pursuant to Anders v. California, 386 U.S. 738 
 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels 
 petition to be relieved is granted.1
APPEAL DISMISSED.
GOOLSBY, HUFF, and STILWELL JJ. concur.  

 
 1 We decide this case without oral argument pursuant 
 to Rule 215, SCACR.